**Order filed June 8, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00163-CV
_____

## IN THE MATTER OF THE MARRIAGE OF BASIM MOUSILLI AND NOURA SWEED

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-49635**

# O R D E R

Lema Barazi filed a notice of appeal in this case on March 24, 2021. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **June 18, 2021.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Bourliot, Poissant and Wilson.